UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Yusuf Abdur-Rahman, | ) | C/A No.: 3:08-cv-02862-GRA |
| Jacqueline Marie Presley-Blanding, | ) | |
| Jacquelyn Smalls, | ) | ORDER |
| | ) | |
| Plaintiff, | ) | |
| | ) | (Written Opinion) |
| v. | ) | |
| | ) | |
| Earl C Hunter | ) | |
| State of South Carolina | ) | |
| Defendants. | ) | |
| _____ | ) | |

        This matter comes before the Court to review the magistrate's Report and

Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 73.02(B)(2)(e),

D.S.C., filed October 15, 2008.  For the reasons stated herein, this Court adopts the

magistrate's Recommendation in its entirety.

        Plaintiffs filed this action on August 14, 2008, alleging that the terms used in

their birth certificates to identify race are bigoted.   On September 2, 2008, the

magistrate issued a proper form order, instructing the plaintiffs to correct numerous

specific deficiencies in their pleadings.    The plaintiffs failed to correct these

deficiencies, and on October 15, 2008, the magistrate recommended dismissing the

action pursuant to Rule 41 of the Federal Rules of Civil Procedure without prejudice

and without service of process.

        Plaintiff brings this claim *pro se.*   This Court is required to construe *pro se*

pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *See Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *See Boag v. MacDougall*, 454 U.S. 364, 365 (1982).

The magistrate makes only a recommendation to this Court. The recommendation has no presumptive weight, and responsibility for making a final determination remains with this Court. *Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and this Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). This Court may also "receive further evidence or recommit the matter to the magistrate with instructions." *Id.* In the absence of specific objections to the Report and Recommendation, this Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198 (4th. Cir. 1983). Plaintiff did not file timely objections.

After a thorough review of the magistrate's Report and Recommendation, the record, and relevant case law, this Court finds that the magistrate applied sound legal principles to the facts of this case. Therefore, this Court adopts the magistrate's Recommendation in its entirety.

IT IS THEREFORE SO ORDERED THAT the complaint in this matter be dismissed

without prejudice and without issuance and service of process.

IT IS SO ORDERED.


G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina
November  13 , 2008


## NOTICE OF RIGHT TO APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff

has the right to appeal this Order within thirty (30) days from the date of its entry.

Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate

Procedure, **will waive the right to appeal.**